IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

RECEIVED APR 18 2022 US DISTRICT COURT MID DIST TENN

[illegible handwritten plaintiff names] AND THE
DAVIDSON [illegible] AND ITS Medical
AGENTS Plaintiff(s), et al.,

v. CITY OF NASHVILLE, TENNESSEE,
NASHVILLE, TENNESSEE's SHERIFF,
CORRECT CARE SOLUTIONS and [illegible]
[illegible] Defendant(s).

Case Number _____

Judge ALETA A. TRAUGER

Magistrate Judge _____

(1) MOTION TO AMEND THE SUIT PLEADINGS AND
NEW SUPPLEMENTAL [illegible] WITH THE COURTS LEAVE
UNDER Fed.R.Civ.R. Rule 15(a)(1)(A)(B), 15(a)(2), 15(b)(1), 15(d)

(Type of Pleading)

Comes Now the plaintiffs with reasonable notice to the Court
to ask leave to Amend the suit pleadings and parties under
Fed.R.Civ.P. Rule 15(a)(1)(A)(B), 15(a)(2), 15(a)(2), 15(b)(1), and [illegible] Rule
20(a)(1)(A)(B), Rule 23(a)(1)(2)(3)(4), 23(b)(2)(3), 23(c) [illegible]

(2) MOTION TO HAVE THE COURT ORDER THE DAVIDSON County Sheriff
or his legal representatives to disclose to I, Harris [illegible]
NAMES of all PRETRIAL PRISONERS WHO FILED SUITS AGAINST [illegible]
OR TN GOVERNMENT
DAVIDSON COUNTY, SHERIFF OR HIS STAFF or MEDICAL AGENTS FROM 2015
TO 2022 OF TODAY.

(3) MOTION TO HAVE THE COURT ORDER THE Davidson County
SHERIFF and his employees to remove all SEXUAL IMAGES of
VAUGHN S. HARRIS, #78087, OUT OF THE D.C.S.O. COMPUTER
FILES and [illegible] BECAUSE THESE IMAGES WERE NOT PART OF
A CRIME and have the images given to Harris in color or [illegible]

(4) MOTION TO HAVE THE COURT ORDER THE DAVIDSON [illegible]
SHERIFF's OFFICE CLASSIFICATION DIRECTOR REMOVE ALL THE
INCOMPATABLE INMATES listed IN HARRIS'S INMATE [illegible]
&REC
But leave Harris on [illegible] ALONE status and REC ALONE status

(5) MOTION to Have the [illegible] COURT CLERK
TO PAGE NUMBER, FILE and [illegible] FOR S. HARRIS of
ALL THE PLAINTIFFS FILINGS [illegible] COURT BECAUSE THE SHERIFF
[illegible] REFUSE TO DO SO and [illegible]

(M1)

★ Motion to PLEAD SUPPLEMENTAL PLEADINGS WITH LEAVE OF COURT UNDER Federal RULES OF CIVIL PROCEDURE RULE-15(d) ★ MEMORANDUM OF LAW in support of motion ★

On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading, setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented. The court may permit supplementation even though the original pleading is defective in stating a claim or defense. The court may order that the opposing party plead to the supplemental pleading within a specified time.

★ MOTION FOR PERMISSIVE JOINDER OF PARTIES UNDER Federal Rules OF Civil Procedure - Rule 20(a)(1)(A) + (B) (MEMORANDUM OF LAW in support of motion page 18)

This motion request the Court to allow joinder of all this suit and injury lawsuits filed against the Metropolitan Government of Nashville and Davidson County, Tennessee and its staff and agents from the year 2015 to 2019 of today, for injuries suffered from the defendants execution of law (Tenn. Code Ann. 29-20-205), inflicted against them (plaintiffs) as abuse, and tolling of the statute of limitations of these cases.

★ Motion FOR Certification of the CLASS IN This CLASS ACTION Lawsuit Under Federal Rules of Civil Procedure - Rule 23(a)(1),(2),(3),(4),(B)(2)+(3), 23(C)(R),(3)(A)(B),(C),(D) & 23(b)(1)(B)(3)(A),(B),(C),(D) ★ (MEMORANDUM OF LAW in support of motion page 18 and 19)

The certification order implicates a legal question about which there is a compelling need for immediate resolution. And the district courts decision is questionable, and the defendants deliberately withheld access to adequate legal materials from I, Harris, and other plaintiffs until the statute of limitations were exhausted by execution of the municipality's abuse policy, custom, and law, Tenn. Code Annotated 29-20-205, which frustrated, impeded, and impaired all class members' attempts to file a (non frivolous) class action in our original filings from 2015 up until today of 2019. The class consist of all pretrial prisoners of the Metropolitan Government of Nashville and Davidson County, Tennessee who were injured, from 2015 until 2019 and into the future by the municipality, it's policy makers, and its agents

Federal Rules of Civil Procedure - Rules 15(c)(1)(A),(B),(C),(i),(ii),(2)
And 15(d) - continued

★ Fed. Rules Civil Procedure - Rule 15(c) Relation Back of Amendments: ★
(1) When an Amendment Relates Back. An amendment to a pleading relates back to the date of the original pleading when:
(A) the law that provides the applicable statute of limitations allows relation back; (B) the amendment asserts a claim or defense that arose out of the conduct, transaction, or occurrence set out - or attempted to be set out - in the original pleading; or (C) the amendment changes the party or the naming of the party against whom a claim is asserted, if Rule 15(c)(1)(B) is satisfied and if within the period provided by Rule 4(m) for serving the summons and complaint, the party to be brought in by amendment: (i) recieved such notice of the action that it will not be prejudiced in defending on the merits; and (ii) knew or should have known that the action would have been brought against it, but for a mistake concerning the proper party's identity.
(2) Notice to the United States. When the United States or a United States officer or agency is added as a defendant by amendment, the notice requirements of Rule 15(c)(1)(C)(i) and (ii) are satisfied if, during the stated period, process was delivered or mailed to the United States attorney's designee, to the Attorney General of the United States, or to the officer or agency. ★ Fed. Rules Civil Procedure - Rule 15(d) ★ SUPPLEMENTAL PLEADINGS ★
★ (d) SUPPLEMENTAL PLEADINGS. On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented. The court may permit supplementation even though the original pleading is defective in stating a claim or defense. The court may order that the opposing party plead to the supplemental pleading within a specified time. (Amended 1-21-1963, effective 7-1-1963; 2-28-1966, effective 7-1-1966; 3-2-1987, effective 8-1987; 4-30-1991, effective 12-1-1991; Amended by Pub. L. 102-198, §11, 12-9-1991, 105 Stat. 1626; Amended 4-22-1993, effective 12-1-1993; 4-30-2007, effective 12-1-2007; 3-26-2009, effective 12-1-2009

(M 2 of 2)
16

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

_____
        *Plaintiff/Petitioner*

v.

_____
        *Defendant/Respondent*

Civil Action No. 3:22-cv-00221

RECEIVED
APR 18 2022
US DISTRICT COURT
MID DIST TENN

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Short Form – FOR PRISONERS ONLY)**

**IMPORTANT NOTE FOR ALL PRISONER APPLICANTS:** Your Application must be signed where indicated by an officer at the institution where you are confined verifying the amount of money you have on deposit at that institution. The officer's signature must be notarized in accordance with Administrative Order No. 93.

IN ADDITION, *unless you are filing a petition for habeas corpus under 28 U.S.C. §§ 2241, 2254, or 2255,* YOU MUST SUBMIT A CERTIFIED COPY OF YOUR TRUST FUND ACCOUNT STATEMENT (OR INSTITUTIONAL EQUIVALENT) FOR THE 6-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF YOUR COMPLAINT OR NOTICE OF APPEAL, OBTAINED FROM THE APPROPRIATE OFFICIAL OF EACH PRISON AT WHICH YOU ARE OR WERE CONFINED.

I declare under penalty of perjury that I am a plaintiff or petitioner in this case; I believe I am entitled to the relief requested; and I am unable to pay the costs of these proceedings.

In further support of this application, I answer the following questions under penalty of perjury:

1. I am being held at: Downtown, ion

2. If I am employed at the institution where I am incarcerated, my gross pay or wages are: $ 0
per *(specify pay period)* 0 (i.e., per week, two weeks, month).

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply):*

(a) Business, profession, or other self-employment    ___Yes  ___No
(b) Rent payments, interest, or dividends             ___Yes  ___No
(c) Pension, annuity, or life insurance payments      ___Yes  ___No
(d) Disability, or worker's compensation payments     ___Yes  ___No
(e) Gifts, or inheritances                            ✓ Yes   ___No
(f) Any other sources                                 ___Yes  ___No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*  My Mom
A rel.

4. Total amount of money that I have in cash or in all checking and savings accounts: $_____

5. All automobiles, real estate, stocks, bonds, securities, trusts, jewelry, art work, and other financial instruments and things of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6. All housing, transportation, utilities, loan payments, and other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. All debts and financial obligations *(describe the amounts owed and to whom they are payable)*:

*Declaration:* I declare under penalty of perjury that the above information is true, and I understand that a false statement may result in a dismissal of my claims.

Date: 3-2, _____

_____
*Applicant's signature*

_____
Printed name

## CERTIFICATE
### TO BE COMPLETED BY WARDEN OR APPROPRIATE OFFICER OF INSTITUTION

I, Walton Robinson, being an authorized staff member for DCSO _____ [name of facility] certify that inmate Vaughn Harris has the total sum of $ 0.00 in his trust fund account at this facility. I hereby further certify that this inmate's trust fund average balance for the past six months has been $ 0.00.

_____
*Signature of Authorized Officer at the Institution*

Sworn and subscribed before me this the
2 day of _____, 20 22.

_____
Notary Public

My Commission Expires: 11-8 22

[Notary Seal: KINYA Q JAMISON, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, MY COMMISSION EXPIRES NOVEMBER 08, 2022]